STATE v. O'CONNOR

    No. 3 PC.

    Case below: 31 N.C. App. 518.

    Petition by defendant for discretionary review under G.S. 7A-31 denied 3 January 1977.

STATE v. WILLIAMS

    No. 97 PC.

    Case below: 31 N.C. App. 111.

    Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1976.

STEVENSON v. DEPT. OF INSURANCE

    No. 111 PC.

    Case below: 31 N.C. App. 299.

    Petition by plaintiff for discretionary review under G.S. 7A-31 denied 21 December 1976.

WOODS v. INSURANCE CO.

    No. 96 PC.

    Case below: 31 N.C. App. 156.

    Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 21 December 1976.